UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Jeff GRUVER, *et al.*,
    *Plaintiffs,*

v.    Case No.: 1:19-cv-00121

Kim BARTON, *et al.*,
    *Defendants*.
_____/

## NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of Defendant, Florida Secretary of State Laurel M. Lee. All papers should be served upon undersigned.

    Respectfully submitted,

    */s/ Ashley E. Davis*
    ASHLEY E. DAVIS (FBN 48032)
    *Deputy General Counsel*
    ashley.davis@dos.myflorida.com

    FLORIDA DEPARTMENT OF STATE
    R.A. Gray Building, Suite 100
    500 South Bronough Street
    Tallahassee, Florida 32399-0250
    Phone: (850) 245-6536
    Fax: (850) 245-6127

    *Counsel for Florida Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2019, a true copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system.

    */s/ Ashley E. Davis*
    ATTORNEY